FILED

ROBERT OROZCO
6500 Yucca Street #508
Los Angeles, CA 90028
310-925-5271

2017 JUN 29 PM 2: 47

CLERK U.S. DISTRICT COURT
ANGELES

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

MOUNTAIN VIEW CONDOS
CORP., A CA CORP.,

                Plaintiff(s),

    vs.

ROBERT OROZCO, DOES 1 TO
10,

                Defendants.

Case No.

## 17-04808 MWF (Ex)

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

    PLEASE TAKE NOTICE that defendant Robert Orozco ("Defendant") hereby removes to this Court the above-captioned action described further below:

THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

    On 5/9/17, Plaintiff, Mountain View Condos, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled:

Robert Orozco
vs
Mountain View Condos, Does 1 to 10, Inclusive.

NOTICE OF REMOVAL

1

2        Defendant's Demurrer to the complaint for unlawful detainer was based on a defective Notice

3        to quit. A copy of the relevant pleadings, i.e., summons, complaint, and Demurrer are attached hereto as "Exhibit A."

4

5  1.    This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. §

6        1446(b).

7  2.    There are no other named Defendants in the action.

8  3.    No previous request has been made for the relief requested.

9  4.    The Superior Court of California for the County of Los Angeles is located within the Central

10      District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C.

11      § 1441(a).

12  5.    This Action is removable to the instant Court because it originally could have been filed in

13      this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to

14      28 U.S.C. § 1367.

15

16  FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS

17  SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

18  7.    The complaint for Unlawful Detainer is subject to strict notice requirements.

19
    8.    Defendant filed the Demurrer to the complaint based on a 3-Day Notice, i.e., Notice to Pay

20      Rent or Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

21  9.    Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for

22      the County of Los Angeles did not sustain the Demurrer.

23  10.   Federal question exists because Defendant's Demurrer, a pleading depend on the

24      determination of Defendant's rights and Plaintiff's duties under federal law.

25

26

27

28

NOTICE OF REMOVAL

1

2    Wherefore Robert Orozco respectfully removes this action from the California Superior Court for the County of Los Angeles this Court pursuant to 28 United States Code Sections 1331 and 1441.

3

4

5

6    Respectfully submitted,

7

8

9

10    **Dated:**    6/29/17                                    By:_____

11                                                             Robert Orozco

12                                                             Defendant, In Pro Per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

EXHIBIT   A

**SUM-130**

| | FOR COURT USE ONLY |
|---|---|

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**MAY 09 2017**

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

**NOTICE TO DEFENDANT:** ROBERT OROZCO
*(AVISO AL DEMANDADO):* DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:** MOUNTAIN VIEW CONDOS
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* CORP., A CA CORP.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is: Superior Court of California, County of Los
   *(El nombre y dirección de la corte es):* Angeles

   **CASE NUMBER:** *(Número del caso)* **17U04894**

   111 North Hill Street
   Los Angeles, California 90012     Stanley Mosk Courthouse

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Dennis P. Block, Esq.
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Dennis P. Block & Associates
   5437 Laurel Canyon Blvd., 2nd Floor, Valley Village, CA 91607     SBN: 70194
   323 938-2868

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)  [X] did not  [ ] did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: **MAY 09 2017**     Clerk, by **Judi Lara** , Deputy
*(Fecha)*  **SHERRI R. CARTER**     *(Secretario)*     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served

   [SEAL]

   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)            [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Dennis P. Block, Esq.    SBN: 70194<br>Dennis P. Block & Associates<br>5437 Laurel Canyon Blvd., 2nd Floor, Valley Village, CA 91607<br>TELEPHONE NO.: 323 938-2868    FAX NO. (Optional): 323 938-6069<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse on Hill St.

PLAINTIFF: MOUNTAIN VIEW CONDOS CORP., A CA CORP.

DEFENDANT: ROBERT OROZCO

[X] DOES 1 TO 10

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [X] COMPLAINT    [ ] AMENDED COMPLAINT (Amendment Number): _____ | |

**Jurisdiction** (check all that apply):
[X] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [X] does not exceed $10,000
[ ] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint (check all that apply):
[ ] from unlawful detainer to general unlimited civil (possession not in issue)    [ ] from limited to unlimited
[ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF (name each): Mountain View Condos Corp., A Ca Corp.

   alleges causes of action against DEFENDANT (name each): Robert Orozco

2. a. Plaintiff is (1) [ ] an individual over the age of 18 years. (4) [ ] a partnership.
      (2) [ ] a public agency. (5) [X] a corporation.
      (3) [ ] other (specify):
   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   6500 YUCCA ST., #508, LOS ANGELES, CA 90028

4. Plaintiff's interest in the premises is [ ] as owner [X] other (specify): Landlord-Owner
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): OVER 3 MONTHS AGO    defendant (name each): Robert Orozco

      (1) agreed to rent the premises as a [X] month-to-month tenancy [ ] other tenancy (specify):
      (2) agreed to pay rent of $1,548.09    payable [X] monthly [ ] other (specify frequency):
      (3) agreed to pay rent on the [X] first of the month [ ] other day (specify):
   b. This [X] written [ ] oral agreement was made with
      (1) [X] plaintiff. (3) [ ] plaintiff's predecessor in interest.
      (2) [X] plaintiff's agent. (4) [ ] other (specify):

* **NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 (Rev. July 1, 2005) | COMPLAINT—UNLAWFUL DETAINER | Page 1 of 3<br>Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |
|---|---|---|

| PLAINTIFF (Name): MOUNTAIN VIEW CONDOS CORP., A CA CORP. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ROBERT OROZCO | |

6. c. ☐ The defendants not named in Item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☐ other (specify):

   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

   f. ☒ (For residential property) A copy of the written agreement is **not** attached because (specify reason):
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant (name each): Robert Orozco

        was served the following notice on the same date and in the same manner:
    (1) ☒ 3-day notice to pay rent or quit     (4) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit           (5) ☐ 3-day notice to quit
    (3) ☐ 60-day notice to quit           (6) ☐ Other (specify):

   b. (1) On (date): 05/05/2017         the period stated in the notice expired at the end of the day.
     (2) Defendants failed to comply with the requirements of the notice by that date.
   c. ☐ All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) ☐ by personally handing a copy to defendant on (date):
    (2) ☐ by leaving a copy with (name or description):
        a person of suitable age and discretion, on (date):         at defendant's
        ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
        (date):         because defendant cannot be found at defendant's residence or usual
        place of business.
    (3) ☒ by posting a copy on the premises on (date): 05/02/2017      ☐ AND giving a copy to a
        person found residing at the premises AND mailing a copy to defendant at the premises on
        (date): 05/02/2017
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) ☒ because no person of suitable age or discretion can be found there.
    (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
   b. ☐ (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

**COMPLAINT—UNLAWFUL DETAINER**

| PLAINTIFF *(Name):* MOUNTAIN VIEW CONDOS CORP., A CA CORP. | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* ROBERT OROZCO | |

9. ☐    Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒    At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 1,548.09

11. ☒    The fair rental value of the premises is $ 51.60        per day.

12. ☐    Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil
         Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒    A written agreement between the parties provides for attorney fees.

14. ☐    Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance,*
         *and date of passage):*

         Plaintiff has met all applicable requirements of the ordinances.

15. ☐    Other allegations are stated in Attachment 15.

16.    Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
     a.   possession of the premises.
     b.   costs incurred in this proceeding:
     c. ☒   past-due rent of $ 1,548.09
     d. ☒   reasonable attorney fees.
     e. ☒   forfeiture of the agreement.

     f. ☒   damages at the rate stated in item 11 from
         *(date):* 06/01/2017        for each day that
         defendants remain in possession through entry of judgment.
     g. ☐   statutory damages up to $600 for the conduct alleged in item 12.
     h. ☐   other *(specify):*

18. ☒   Number of pages attached *(specify):* 2

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance
     with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

     a.   Assistant's name:                       c.   Telephone No.:
     b.   Street address, city, and zip code:       d.   County of registration:
                                            e.   Registration No.:
                                            f.   Expires on *(date):*

Date: 05/08/2017

Dennis P. Block, Esq.
(TYPE OR PRINT NAME)

> ORIGINAL SIGNATURE IN COURT FILE
> (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

Date: 05/08/2017

See Attached Verification               ▶
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PLAINTIFF)

1   ROBERT OROZCO
    6500 Yucca Street #508
2   Los Angeles, CA 90028
    310-925-5271
3

4

5

6                           SUPERIOR COURT OF CALIFORNIA

7                               COUNTY OF LOS ANGELES

8

9

10      MOUNTAIN VIEW CONDOS              )  Case No.  17U04894
        CORP., A CA CORP.,                )
11                                        )  DEFENDANT'S NOTICE OF DEMURRER
                                          )  AND DEMURRER TO COMPLAINT;
12                                        )
                       Plaintiff(s),      )
13                                        )  Date:  June 15, 2017
                                          )  Time:  1:30 p.m.
14              vs.                       )  Department: 94
                                          )
15      ROBERT OROZCO, DOES 1 TO 10,      )
                                          )
16                     Defendants.        )
                                          )
17                                        )
                                          )
18      _____      )

19

20  **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

21          PLEASE TAKE NOTICE that on June 15, 2017 at 1:30 p.m., or soon thereafter as it

22  may be heard in Department 94 of the above-entitled court, located at 111 North Hill Street, Los

23  Angeles, CA 90012, Defendant, Robert Orozco, hereinafter ("Defendant") will present their

24  Demurrer to Plaintiff, Mountain View Condos, (hereinafter "Plaintiff") Complaint for Unlawful

25

26  Detainer.

27          The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the

28

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MOUNTAIN VIEW CONDOS CORP., A CA CORP.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

ROBERT OROZCO, DOES 1 TO 10

**(b) County of Residence of First Listed Plaintiff**   LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant**   LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Dennis P. Block
5437 Laurel Canyon Blvd., 2nd Floor
Valley Village, CA 91607

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
ROBERT OROZCO
6500 Yucca Street #508
Los Angeles, CA 90028
310-925-5271

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1441(a) and/or (b)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **17-04808**

CV-71 (07/16)     CIVIL COVER SHEET     Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [x] Yes  [ ] No | [x] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | Southern |
|  | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [x] No |  | [x] NO. Continue to Question B.2. |
|  | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. |  | [x] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [x] No |  | [x] NO. Continue to Question C.2. |
|  | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. |  | [x] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [x] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [x] |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| [ ] Yes  [x] No | [ ] Yes  [x] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [ ] No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a).  IDENTICAL CASES:**  Has this action been previously filed **in this court?**                                    ☒ NO          ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:**  Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**
                                                                                                                                                            ☒ NO          ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

---

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____          DATE:  6/29/17

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |